UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON
*Filed Electronically*

**CRIMINAL ACTION NO. 5:22-CR-33-KKC**

UNITED STATES OF AMERICA                                    PLAINTIFF

Vs.

JORGE GONZALEZ MONTEAGUDO                       DEFENDANT

### MOTION FOR NEW TRIAL

Comes the Defendant, by and through counsel, and moves this Court to vacate the jury verdict in this case and to enter an Order granting Defendant's Motion for a New Trial pursuant to FRCRP 33(a).

In support of this Motion, Defendant states as follows:

On March 15, 2023, the Defendant was convicted in the Eastern District of Kentucky, Lexington Division, of one (1) count of conspiracy to distribute a mixture or substance containing a detectable amount of cocaine in violation of 21 U.S.C. § 846.

The Defendant was indicted along with co-defendant Miguel Angel Homedes and the defendants were tried jointly where the jury heard from the same witnesses and were presented with the same evidence as to both Defendants. Defendant Homedes testified at trial and called additional witnesses. Monteagudo exercised his right to remain silent and elected not to testify or put on any additional evidence. The jury found Monteagudo guilty under the conspiracy count of the Indictment, however, he was acquitted of the underlying distribution count.

The co-defendant, Homedes, has filed a motion for a new trial. (DE #168). In his motion, Homedes does an exemplary job of setting forth the grounds that support a new trial for both defendants. As such, for purposes of efficiency and judicial economy, Monteagudo simply incorporates any and all arguments made by Homedes' in his motion as if set forth fully herein, joins in Homedes' motion (DE#168) and requests the relief requested for the same reasons.

Respectfully Submitted,

/s/ Christopher A. Spedding
**CHRISTOPHER A. SPEDDING**
MILLER, GRIFFIN & MARKS, P.S.C.
271 West Short St., Ste. 600
Lexington, KY  40507
(859) 255-0050
cspedding@kentuckylaw.com
*Counsel for Defendant.*

## CERTIFICATE

I hereby certify that on July 4, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Christopher A. Spedding
**CHRISTOPHER A. SPEDDING**