UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON
*Filed Electronically*

**CRIMINAL ACTION NO. 5:22-CR-33-KKC**

UNITED STATES OF AMERICA             PLAINTIFF

Vs.

JORGE GONZALEZ MONTEAGUDO             DEFENDANT

**ORDER**

Motion having been made and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the Defendant's Motion for a New Trial be and hereby is SUSTAINED.

_____
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

Tendered By:

/s/ Christopher A. Spedding
**CHRISTOPHER A. SPEDDING**
MILLER, GRIFFIN & MARKS, P.S.C.
271 West Short St., Ste. 600
Lexington, KY 40507
(859) 255-0050
cspedding@kentuckylaw.com
*Counsel for Defendant*