UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **JORGE GONZALEZ MONTEAGUDO,** Defendant. | **CRIMINAL NO. 5:22-33-KKC-MAS-4** **JUDGMENT OF ACQUITTAL ON COUNT 2** |

*** *** ***

Following a jury trial which concluded on March 15, 2023, Defendant Jorge Gonzalez Monteagudo was found **not guilty** on Count 2 of the Indictment (DE #139).

Therefore, it is hereby **ORDERED** that Defendant Jorge Gonzalez Monteagudo is **ACQUITTED** of the charges contained in Count 2 of the Indictment. This Judgment of Acquittal does not affect his conviction on the remaining Count 1.

This 20th day of November, 2023.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY