UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON
*Filed Electronically*

**CRIMINAL ACTION NO. 5:22-CR-33-KKC**

UNITED STATES OF AMERICA                                        PLAINTIFF

V.

JORGE GONZALEZ MONTEAGUDO                                       DEFENDANTS

NOTICE OF APPEAL

Comes the Defendant, Jorge Gonzalez Monteagudo, in the above-named case, and hereby gives notice of his intent to appeal to the United States Court of Appeals for the 6th Circuit, the Jury Verdict (DE 139) and Judgment (DE 192) entered by this Court on March 15, 2023, and November 29, 2023, respectively.

Respectfully submitted,

By  */S/ Christopher A. Spedding*
CHRISTOPHER A. SPEDDING
271 W. Short Street, Ste. 600
Lexington, Kentucky  40507
Telephone:     (859) 255-0050
Fax:           (859) 259-1562
E-mail: cspedding@kentuckylaw.com
ATTORNEY FOR JORGE GONZALEZ MONTEAGUDO

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed on the 6th day December, 2023, via the ECF electronic filing system which will serve all counsel of record.

*/s/ Christopher A. Spedding*